UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ISAIAH DANIEL MITCHELL, | Case No. 3:17-cv-00099-MA |
| Petitioner, | **ORDER** |
| v. | |
| ELLEN ROSENBLUM and JULIET BRITTON, | |
| Respondents. | |

**MARSH, Judge.**

This Court grants Petitioner's Motion for Voluntary Dismissal (ECF No. 36). This proceeding is DISMISSED, without prejudice. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this /2 day of March, 2018.

Malcolm F. Marsh
United States District Judge

1 - ORDER